UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jodi Neeley,

                Plaintiff,      Case No. 22-cv-12415

v.                                Judith E. Levy
                                     United States District Judge

Genesee County, *et al.*,

                                   Mag. Judge Elizabeth A. Stafford

              Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Jodi Neeley filed the complaint in this case on October 10, 2022. (ECF No. 1.) On June 13, 2023, Plaintiff's counsel filed an unopposed motion to withdraw as counsel. (ECF No. 24.) The motion stated that "there has been a complete and total breakdown of the attorney-client relationship to the extent that it has impaired Plaintiff's Counsel's ability to properly represent Plaintiff and to adequately prepare her case for trial in this matter." (*Id.* at PageID.98.)

On June 21, 2023, the Court granted counsel's motion to withdraw. (ECF No. 25.) The Court's order provided that

> Plaintiff has thirty (30) days from the entry of this order granting *Plaintiff's Counsel's Motion to Withdraw as Counsel* to retain new counsel or provide notice to the Court and Defendants' Counsel that she will be proceeding *pro se* in this matter. Failure to notify the Court within thirty days may result in dismissal of this case under Eastern District of Michigan Local Rule 41.2 or Federal Rule of Civil Procedure 41(b).

(*Id.* at PageID.106.)

To date, Plaintiff has not responded to the Court's order, and there have been no new attorney appearances in this case. Accordingly, pursuant to Eastern District of Michigan Local Rule 41.2,[1] this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 26, 2023         s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
                                      United States District Judge

---

[1] Eastern District of Michigan Local Rule 41.2 provides that "when it appears . . . that the parties have taken no action for a reasonable time, the Court may, on its own motion after reasonable notice or on application of a party, enter an order dismissing or remanding the case unless good cause is shown." E.D. Mich. LR 41.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 26, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
